# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anne McNichol

### DEFENDANTS
United States of America

**(b)** County of Residence of First Listed Plaintiff: **Susquehanna County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jay L. Solnick, Esquire, Solnick & Associates, LLC, 2851 Limekiln Pike, Glenside, PA 19038

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1346

Brief description of cause:
Motor Vehicle accident involving U.S. postal vehicle causing personal injuries to Plaintiff.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 7/29/2022
SIGNATURE OF ATTORNEY OF RECORD: s/Jay L. Solnick

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __517 Foran Road, Friendsville, PA  18818__

Address of Defendant: __c/o United States Attorney, 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106 & U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Wash DC 20530__

Place of Accident, Incident or Transaction: __105 Landis Creek Lane, Limerick Township, PA__

---

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐    No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐    No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐    No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐    No ☑

I certify that, to my knowledge, the within case    ☐ is / ☑ is not    related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __07/29/2022__    __s/Jay L. Solnick__    __74109__
          *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*
- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☑ 11. All other Federal Question Cases
  *(Please specify):* __U.S. as Defendant__

**B.** *Diversity Jurisdiction Cases:*
- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury *(Please specify):* _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases
  *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, __Jay L. Solnick__, counsel of record *or* pro se plaintiff, do hereby certify:

☑  Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐  Relief other than monetary damages is sought.

DATE: __07/29/2022__    __s/Jay L. Solnick__    __74109__
          *Attorney-at-Law / Pro Se Plaintiff*    *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE MCNICHOL : <br> 517 Foran Road : <br> Friendsville, PA  18818 : **CIVIL ACTION** <br>                 **Plaintiff** : <br> : <br>      v. : **DOCKET NO.** <br> : <br> **UNITED STATES OF AMERICA** : <br> c/o Jacqueline C. Romero : <br> United States Attorney : <br> U.S. Attorney's Office : <br> 615 Chestnut Street, Suite 1250 : <br> Philadelphia, PA 19106 : <br>      And : <br> c/o Merrick B. Garland : <br> Attorney General of the United States : <br> U.S. Department of Justice : <br> 950 Pennsylvania Avenue, NW : <br> Washington, DC  20530-0001 : <br>                 **Defendant** : | |

## COMPLAINT AND CIVIL ACTION

### I. THE PARTIES

Plaintiff, Anne McNichol, by and through her undersigned counsel, by way of Complaint hereby aver as follows:

1. Plaintiff, Anne McNichol, is an adult individual residing at 517 Foran Road, Friendsville, PA  18818.

2. Defendant, United States of America, is, the legal proper party in interest in this mater and which is amenable to service of process as referenced in the above-caption.

## II. <u>JURISDICTION AND VENUE</u>

3. The jurisdiction of this court is invoked pursuant to Title 28 United States Code Section 1336(b)(1), as a civil action involving a claim against the United States for money damages for personal injuries caused by the negligent and wrongful conduct of an employee of the Government while acting within the scope of his employment.

4. Venue is proper in this Court pursuant to Title 28, United States Code, Section 1391(e).

5. Plaintiff is in compliance with all jurisdictional and legal prerequisites with regard to the filing of the instant lawsuit.

## III. <u>FACTUAL AVERMENTS</u>

6. On November 21, 2019, at approximately 1:10 p.m., Plaintiff, Anne McNichol, was the operator of a motor vehicle which had pulled out of a driveway located at 105 Landis Creek Lane in Limerick Township, Pennsylvania when, suddenly and without warning, her vehicle was violently struck on the rear passenger's side by a mail delivery truck operated by Paul R. Barr and owned by the United States Postal Service/United States of America when Paul R. Barr traveled backwards down Landis Creek Lane after realizing he had missed a delivery.

7. At the time of the foregoing collision, Paul R. Barr was employed by the United States Postal Service/United States of America and engaged in the course and scope of his employment.

8. The foregoing accident and all of the injuries and damages set forth herein after sustained by Plaintiff were the direct and proximate result of the negligent and careless manner in which Paul R. Barr operated the subject mail delivery truck as follows:

    a. Failing to operate the vehicle in accordance with existing traffic conditions and traffic controls;

    b. Failing to have the vehicle under proper and adequate control;

    c. Failing to apply the brakes in time to avoid the collision;

    d. Failing to keep a proper look-out;

    e. Failing to pay proper attention to existing traffic conditions and controls;

    f. Failing to yield;

    g. Reversing the vehicle on the roadway;

    h. Proceeding without clearance;

    i. Operating a vehicle while having an obstructed view;

    j. Negligence per se;

    k. Operating the vehicle contrary to applicable standards, rules and statutes;

    l. Driving at an excessive rate of speed under the circumstances.

  9. Defendant is liable for the negligent acts and omissions of its employee, Paul R. Barr.

  10. As a direct and proximate result of the foregoing incident Plaintiff, Anne McNichol, sustained painful and severe injuries which include, but are not limited to full thickness left-sided rotator cuff tear, adhesive capsulitis of the left shoulder, cervical radiculopathy, building discs at the C3-C4, C4-C5, C5-C6, C6-C7 and C7-T1 levels of her cervical spine, aggravation of degenerative disc disease cervical spine, cervicalgia, left shoulder strain and sprain, cervical sprain and strain and chronic pain syndrome.

  11. As a direct and proximate result of the foregoing incident Plaintiff, Anne McNichol, suffered and continues to be plagued by persistent pain and limitation, and therefore,

avers that her injuries may be of a permanent nature, causing residual problems for the remainder of her lifetime.

12. As a direct and proximate result of the foregoing incident Plaintiff, Anne McNichol, has suffered physical pain, mental anguish, disfigurement, loss of earnings or earning capacity and loss of enjoyment of life.

13. As a direct and proximate result of the foregoing incident Plaintiff, Anne McNichol, has had to undergo otherwise unnecessary medical treatment and has incurred unreimbursed medical expenses.

WHEREFORE, Plaintiff, Anne McNichol, demands judgment against Defendant, United States of America, for injuries and damages plus interest, costs of suit and whatever other relief the Court may deem appropriate in an amount in excess of $150,000.00.

SOLNICK & ASSOCIATES, LLC


BY:  s/Jay L. Solnick
    JAY L. SOLNICK, ESQUIRE
    **Attorney for Plaintiff**
    PA Attorney I.D. No. 74109
    2851 Limekiln Pike
    Glenside, PA  19038
    (215) 481-9979
    jsolnick@solnicklawyers.com