IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE MCNICHOL | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-2990 |
| | : | |
| UNITED STATES OF AMERICA | : | |

# ORDER

**AND NOW**, this 24th day of October 2023, upon considering defendant's motion for partial summary judgment (DI 21), plaintiff's response (DI 22), defendant's reply (DI 23), following oral argument on October 19, 2023 with all counsel, and for reasons in the accompanying Memorandum, it is **ORDERED** defendant's motion for partial summary judgment (DI 21) is **DENIED**.

_____
MURPHY, J.